**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00519-CV

## IN THE MATTER OF A.A., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-75173-X**

## ORDER

Before the Court is Helen Arizor's first amended motion to withdraw as counsel. Attached to the motion is a copy of the trial court's July 23, 2013 order granting Ms. Arizor's request that she be discharged as counsel for appellant. The order is signed five months after Ms. Arizor filed appellant's notice of appeal and five months before the clerk's record was filed. However, a copy of the order was not included in the clerk's record, and our records continue to reflect appellant is represented by Ms. Arizor. Because the trial court has discharged Ms. Arizor as counsel for appellant, we **GRANT** the motion and **DIRECT** the Clerk of this Court to remove Helen Arizor as appellant's attorney of record.

We **ORDER** the trial court to conduct a hearing to determine whether appellant desires to prosecute this appeal. If the trial court determines appellant does not desire to prosecute this appeal, it shall make a finding to that effect. If the trial court determines appellant desires to prosecute the appeal, it shall next determine whether appellant is entitled to appointed counsel.

If the trial court determines appellant is entitled to appointed counsel, the trial court shall appoint counsel to represent appellant. If the trial court determines appellant is not entitled to appointed counsel, the trial court shall then determine whether appellant has retained counsel to represent her. We **ORDER** the trial court to transmit to this Court, within **thirty (30) days** of the date of this order, the reporter's record from the hearing and a supplemental clerk's record containing the written findings of fact, any supporting documentation, and any orders.

We **DIRECT** the Clerk of this Court to send a copy of this order to (1) the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; (2) Pamela Sumler, Official Court Reporter of the 305th Judicial District Court; (3) Helen Arizor; (4) appellant; and (5) counsel for appellee.

We **ABATE** the appeal to allow the trial court to comply with this order. It shall be reinstated thirty-five (35) days from the date of this order or when the supplemental record is received, whichever is earlier.


/s/     ELIZABETH LANG-MIERS
        JUSTICE